UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                          May 29, 2007
**Hon. Lisa Margaret Smith**
Chief United States Magistrate Judge

**SCHEDULING ORDER**
07CV3974(WP4)(LMS)

Jon Louis Norinsberg
Law Offices of Jon L. Norinsberg
225 Broadway, Suite 2700
New York, NY 10007

The matter of    **O'BRIEN-V-YONKERS**    has been scheduled for a

conference before the Hon. Lisa Margaret Smith, Chief United States Magistrate Judge on

July 20, 2007 at 11:00AM in Courtroom 420.

**Parties shall submit an agreed upon scheduling order ( a sample is available on Judge Smith's website at www.nysd.uscourts.gov) on or before this appearance date.**

Please notify all other parties of this schedule

*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: /s/ Lisa Margaret Smith

Hon. Lisa Margaret Smith
U.S.M.J.