Our File # 26065A

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
COUNTY OF          STATE OF NEW YORK

Case # 07CIV3974
Index No.
Filing Date

JESSE O'BRIEN

against

THE CITY OF YONKERS, ET AL

*AFFIDAVIT OF MAILING*

STATE OF NEW YORK, COUNTY OF WESTCHESTER   ss: RICHARD LONGO The undersigned, being duly sworn, deposes and says;
Deponent is not a party herein, is over 18 years of age and resides in the **STATE OF NEW YORK**
That on **JUNE 14 2007**, the **SUMMONS AND COMPLAINT** was mailed via certified 70428900002343509379 & regular mail to:

TO: DET. JAMES MCCABE
    104 S BROADWAY
    DETECTIVE DIVISION
    YONKERS, NY 10701

RECEIVED
JUN 20 2007
USDC-WP-SDNY

Sworn to before me on

June 14, 2007

ELLEN EAKLEY
Notary Public, State of New York
No. 01EA5085389
Qualified in Westchester County
Commission Expires Sept. 29, 2009

RICHARD LONGO



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 75 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.40 |

Postmark Here — NORTH STATION WHITE PLAINS NY 10603-9998

Sent To: DET JAMES McCABE
Street, Apt. No.; or PO Box No.: 104 S. BROADWAY DET. DIVISION
City, State, ZIP+4: YONKERS NY 10701

PS Form 3800, June 2002    See Reverse for Instructions

7004 2890 0002 3435 0937

RECEIVED JUN 20 2007 USDC-WP-SDNY

UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK
COUNTY OF

Case 7:07-cv-03974-KMK-LMS   Document 6   Filed 06/26/2007   Page 3 of 3

Our File #26066
Case # 07CIV3974
Index #
Date of Filing

**JESSE O'BRIEN**

*Plaintiff*

VS

***AFFIDAVIT OF
DUE DILIGENCE***

THE CITY OF YONKERS, ET AL

*Defendant*

---

**STATE OF NEW YORK, COUNTY OF WESTCHESTER** ss: RICHARD LONGO The undersigned, being duly sworn, deposes and says;
Deponent is not a party herein, is over 18 years of age and resides in the **STATE OF NEW YORK**
That on **JUNE 11 2007** at **2:10PM.**, at **104 S BROADWAY, DETECTIVE DIVISION, YONKERS, NY 10701**
Deponent attempted to serve the within
**SUMMONS AND COMPLAINT**

☐ Papers served had endorsed thereon index # and date of filing

On **DET. JAMES MCCABE**

☒ Non-Service   SERVICE HAS NOT BEEN EFFECTED AFTER DUE DILIGENCE FOR THE FOLLOWING REASON/S:

☐ Unknown at this address    ☐ Moved, left no forwarding address    ☐ Premises are vacant

☒ Other:  PER THE DETECTIVE SITTING DESK DUTY, DET. MCCABE DOES NOT HAVE ANY SET HOURS AND IT IS AGAINST DEPARTMENT POLICY TO ACCEPT SERVICE ON BEHALF OF ANOTHER OFFICER.

Sworn to before me on

June 14, 2007

ELLEN EARLEY
Notary Public, State of New York
No. 01EA5085889
Qualified in Westchester County
Commission Expires

_____
RICHARD LONGO