Our File #  26066A

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
COUNTY OF      STATE OF NEW YORK

Case # 07CIV3974
Index No.
Filing Date

**JESSE O'BRIEN**

against

**THE CITY OF YONKERS, ET AL**

*AFFIDAVIT OF MAILING*

**STATE OF NEW YORK, COUNTY OF WESTCHESTER**  ss: **RICHARD LONGO** The undersigned, being duly sworn, deposes and says;
Deponent is not a party herein, is over 18 years of age and resides in the **STATE OF NEW YORK**
That on **JUNE  14 2007**, the  **SUMMONS AND COMPLAINT** was mailed via certified  70042890000234351491 & regular mail to:

TO: **DET. ANTHONY CHIARELLA**
   **104 S BROADWAY**
   **DETECTIVE DIVISION**
   **YONKERS, NY 10701**



RECEIVED JUN 20 2007 USDC-WP-SDNY

Sworn to before me on

June 14, 2007

ELLEN EAKLEY
Notary Public, State of New York
No. 01EA6085839
Qualified in Westchester County
Commission Expires Sept. 29, 2009

RICHARD LONGO




UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK
COUNTY OF

Case 7:07-cv-03974-KMK-LMS    Document 7    Filed 06/26/2007    Page 3 of 3

Our File #26065
Case # 07CIV3974
Index #
Date of Filing

JESSE O'BRIEN

*Plaintiff*

*AFFIDAVIT OF*
*DUE DILIGENCE*

VS

THE CITY OF YONKERS, ET AL

*Defendant*

**STATE OF NEW YORK, COUNTY OF WESTCHESTER** ss: **RICHARD LONGO** The undersigned, being duly sworn, deposes and says;
Deponent is not a party herein, is over 18 years of age and resides in the **STATE OF NEW YORK**
That on **JUNE 11 2007** at **2:10PM**, at **104 S BROADWAY, DETECTIVE DIVISION, YONKERS, NY 10701**
Deponent attemped to serve the within

**SUMMONS AND COMPLAINT**

☐ Papers served had endorsed thereon index # and date of filing

On **DET. ANTHONY CHIARELLA**

☒ Non-Service    SERVICE HAS NOT BEEN EFFECTED AFTER DUE DILIGENCE FOR THE FOLLOWING REASON/S:

☐ Unknown at this address    ☐ Moved, left no forwarding address    ☐ Premises are vacant

☒ Other: **PER THE DETECTIVE SITTING DESK DUTY, DET. CHIARELLA WORKS MIDNIGHTS AND IT IS AGAINST DEPARTMENT POLICY TO ACCEPT SERVICE ON BEHALF OF ANOTHER OFFICER.**

Sworn to before me on

June 14, 2007

ELLEN EAKLEY
Notary Public, State of New York
No. 01EA5085889
Qualified in Westchester County
Commission Expires Sept. 29, 2007

RICHARD LONGO