UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JESSE O'BRIEN,

                Plaintiff,

     -against-

THE CITY OF YONKERS, DET. ANTHONY
CHIARELLA, SHIELD NO. 601, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY, DET. "JOHN"
MCCABE, SHIELD NO. 663, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY, AND P.O.'S
"JOHN DOE" # 1-10, INDIVIDUALLY AND IN
THEIR OFFICIAL CAPACITIES, (THE NAME JOHN
DOE BEING FICTICITIOUS, AS THE TRUE NAMES
ARE PRESENTLY UNKNOWN),

                Defendants.
------------------------------------------------------------X

PROPOSED SCHEDULING ORDER

Index No.: 07 CV 3974 (KMK)

MAR 1 . 2009

    Lisa Margaret Smith, United States Magistrate Judge:

    This Court having held a conference on February 14, 2008, it is hereby ORDERED as follows:

1. Depositions to be completed by April 14, 2008.

2. Any further interrogatories, including expert interrogatories, to be served no later than April 21, 2008.

3. Requests to Admit, if any, to be served no later than April 21, 2008.

4. All discovery is to be completed by May 14, 2008.

SO ORDERED.

        SO ORDERED:  *[signature]*
        3/18/08

                   Hon. Lisa Margaret Smith
                   U.S.M.J.