```
Form 27 - GENERAL PURPOSE
            JON L. NORINSBERG
            ATTN:
U.S. SOUTHERN DIST. COURT      NEW YORK   COUNTY
-------------------------------------------------
                                                   Index No. 07CV3974UALMS
JESSE O'BRIEN                         Plaintiff
                                                   Date Filed  ............
              - against -
                                                   Office No.
THE CITY OF YONKERS, ETAL             defendant
                                                   Court Date:    / /
-------------------------------------------------
    STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:
```

**JEFFREY CAMPOLO**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
    That on the **10th day of June, 2008**    at **10:07 AM.**,                at
    **40 SOUTH BROADWAY**
    **YONKERS, NY 10701**
I served a true copy of the
    **AMENDED**
    **SUMMONS AND AMENDED COMPLAINT**

upon **THE CITY OF YONKERS**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
    **MARIA GEORGE, LEGAL CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
         SEX: **FEMALE**         COLOR: **BLACK**        HAIR: **BLACK**
         APP. AGE: **45**        APP. HT: **5:8**        APP. WT: **200**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
13th  day of  June, 2008k


JOEL GOLUB                              JEFFREY CAMPOLO
Notary Public, State of New York        AETNA CENTRAL JUDICIAL SERVICES
   No.01G04751136                       225 BROADWAY, SUITE 1802
Qualified in NASSAU COUNTY              NEW YORK, NY, 10007
Commission Expires 12/31/2009           Reference No: 3JLN132117