Form 02 - SUITABLE AGE                AETNA CENTRAL JUDICIAL SERVICES
    **JON L. NORINSBERG**
    **ATTN:**
U.S. SOUTHERN DIST. COURT         NEW YORK COUNTY
-----------------------------------------------------

JESSE O'BRIEN                                   plaintiff         Index No. **07CV3974UALMS**

       - against -                                      Date Filed ............

THE CITY OF YONKERS, ETAL            defendant         Office No.

                                                                 Court Date:    /    /
-----------------------------------------------------

    STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:
**JEFFREY CAMPOLO**    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the
**10th** day of **June, 2008   10:07 AM**                at
    **%CITY HALL, 40 SOUTH BROADWAY**
    **YONKERS, NY 10701**
I served the   **AMENDED**
            **SUMMONS AND AMENDED COMPLAINT**
upon **SGT.KEVIN SKULLY**
**the DEFENDANT**    therein named by delivering and leaving a true copy or copies of the aforementioned documents with
    **MARIA GEORGE, CO-WORKER**
a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **FEMALE**   COLOR: **BLACK**    HAIR: **BLACK**    AGE: **45**  HEIGHT: **5:8**    WEIGHT: **200**
OTHER IDENTIFYING FEATURES:
On **06/13/2008** I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That address being
**actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether **DEFENDANT** was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
13th  day of  June,         2008k

JOEL GOLUB                                       JEFFREY CAMPOLO
Notary Public, State of New York     AETNA CENTRAL JUDICIAL SERVICES
   No.01G04751136                      225 BROADWAY, SUITE 1802
Qualified in NASSAU COUNTY         NEW YORK, NY, 10007
Commission Expires 12/31/2009      Reference No: 3JLN132118